UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

IRON WORKERS DISTRICT COUNCIL OF WESTERN
NEW YORK AND VICINITY ANNUITY AND PENSION
FUNDS by Betty Fedorjaka, as Administrative Manager,
et al.,

                           Plaintiffs,

                                                                           DECISION AND ORDER

                                                                           05-CV-6298L

                            v.

D.C. SCOTT, INC., DONALD C. SCOTT, Individually
and as an officer of D.C. SCOTT, INC., et al.,

                           Defendants.
_____

     By motion filed October 23, 2006, counsel for defendants moved for leave to withdraw as counsel. The motion was served on all counsel of record and on defendants' clients, all in conformity with Rule 83.2(c) of the Local Rules, Western District of New York.

     The Court will allow defendants 14 days from entry of this Decision and Order to file whatever written response they deem appropriate. If defendants have no objection to their attorney's motion to withdraw, or if I receive no response from them, I anticipate granting the motion and relieving defense counsel from further obligation on the file. If that occurs, defendants must take

steps to obtain other counsel or to represent themselves and respond to the pending motion for summary judgment filed by plaintiffs.

    IT IS SO ORDERED.

                                                        _____  
                                                          DAVID G. LARIMER  
                                                        United States District Judge

Dated: Rochester, New York  
       October 26, 2006.